UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY LAMONT MOORE,

    Plaintiff,                                    Case No. 2:16-cv-55

v.                                                            HON. ROBERT HOLMES BELL

THOMAS HAMEL, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 27, 2016, Magistrate Judge Timothy Greeley issued a Report and Recommendation ("R&R") (ECF No. 19) recommending that Defendants' motion for summary judgment (ECF No. 12) be denied. No objections have been filed,[1] and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 12) is **DENIED**.

Dated: December 1, 2016                        /s/ Robert Holmes Bell
                                                                     ROBERT HOLMES BELL
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a response to indicate that he had no objections to the R&R. (ECF No. 20.)